## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN R. WALSH, III** : | |
| : | CIVIL ACTION NO. 3:16-1659 |
| **Plaintiff** : | |
| : | (D.J. Mannion) |
| v. : | (M.J. Carlson) |
| **AMERICAN TOBACCO INDUSTRY,** : **et al.,** | |
| : | |
| **Defendants** | |

## O R D E R

Based on the report of Judge Carlson, (Doc. 4), to which no objections have been filed, **IT IS HEREBY ORDERED THAT** the report is **ADOPTED IN ITS ENTIRETY**.[1] Plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**. *See* Roy v. Supreme Court of U.S., 484 F.App'x 700, 700 (3d Cir. 2012) (dismissal under Rule 8 is justified if the complaint is not comprehensible). Leave to amend is **DENIED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: September 2, 2016

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-1659-01.wpd

---

[1]As Judge Carlson finds, Walsh utterly fails to allege how the failure of tobacco companies to use "clean unadulterated tobacco" in their products is a violation under the civil enforcement provisions of the Racketeer Influenced and Corrupt Organizations Act, ("RICO"), 18 U.S.C. §1961, *et seq.*, entitling him to one trillion dollars.